UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FOLEY, KEVIN F | ) | CASE NO. 08-10769 |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: DuPage County Courthouse, 505 N. County Farm Road, Room 4016, Wheaton, Illinois 60187

    On: **February 6, 2009**     Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                              $10,002.85

    Disbursements                                              $0.00

    Net Cash Available for Distribution            $10,002.85

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

| | | | |
|---|---|---|---|
| DAVID R. BROWN<br>Trustee | $0.00 | $1,705.29 | $0.00 |
| SPRINGER, BROWN<br>Attorney for Trustee | $0.00 | $1,215.00 | $0.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: none

7.  Claims of general unsecured creditors totaling $93,538.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.57% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | CHASE BANK USA | $12,315.37 | $932.49 |
| 000002 | CHASE BANK USA | $13,197.46 | $999.28 |
| 000003 | AMERICAN EXPRESS BANK | $611.82 | $46.33 |
| 000004 | AMERICAN EXPRESS CENTURION BK | $5,326.34 | $403.30 |
| 000005 | AMERICAN EXPRESS CENTURION BANK | $398.73 | $30.19 |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $25,504.43 | $1,931.14 |
| 000007 | HSBC BANK NA DIRECT MERCHANTS CREDIT | $14,108.07 | $1,068.24 |
| 000008 | HSBC BANK NA DIRECT MERCHANTS CREDIT | $12,319.82 | $932.83 |
| 000009 | HOUSEHOLD FINANCE CORPORATION | $9,756.70 | $738.76 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Checking account with Charter One Bank | $0.00 |
| Savings account with American Charter Bank | $0.00 |
| Miscellaneous used household goods  (exempt) | $1,000.00 |
| Miscellaneous books, tapes, CD's, etc. (exempt) | $150.00 |
| Personal used clothing  (exempt) | $500.00 |
| Miscellaneous costume jewelry  (exempt) | $500.00 |
| Whole Life Insurance Policy Through Farmer's  (exempt) | $266.30 |
| 2007 Federal Tax Refund: $0 (exempt) | $0.00 |
| 1996 Chevy Blazer, 85 K Miles (exempt) | $1,335.00 |

Dated: **December 31, 2008**            For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     David R. Brown
Address:    400 South County Farm Road
            Suite 330
            Wheaton, IL  60187
Phone No.:  (630) 510-0000

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                   Date Rcvd: Dec 31, 2008
Case: 08-10769                Form ID: pdf002              Total Served: 30
```

The following entities were served by first class mail on Jan 02, 2009.
```
db         +Kevin F Foley,   241 Gingerbrook,    Bartlett, IL 60103-4661
aty        +Chau T Nguyen,   Macey & Aleman,    233 S Wacker Dr #5150,    Chicago, IL 60606-6371
aty        +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
             Wheaton, IL 60187-4547
tr         +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
12190851   +Aig Fsvg Bk,    600 King St,    Wilmington, DE 19801-3722
12190852   +Amer Gen Fin,    2011 Irving Park R,    Hanover Park, IL 60133-3100
12190853   +American Express,    General Counsels Office,    3200 Commerce Pwy   Md 19-01-06,
             Merrimar, FL 33025-3907
12190854   +American Express,    PO Box 297812,   Fort Lauderdale, FL 33329-7812
12454359    American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12454360    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12418567   +Aspire Visa,    c/o Midland Credit Management,    Bankruptcy Dept,    5775 Roscoe Ct.,
             San Diego CA 92123-1356
12190855   +Aspire/cb&t,    Po Box 105555,   Atlanta, GA 30348-5555
12418568   +Atlantic Management,    c/o Clerk of Circuit Court,    50 W Washington St., Rm 1001,
             Chicago Il 60602-1316
12190856   +Beneficial / Household Finance,    Attn: Bankruptcy,    961 Weigel Drive,    Elmhurst, IL 60126-1050
12401582   +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
12190857   +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12190858   +Capital 1 Bank,    C/O TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091-5155
12190860   +Chase,   Chase CC Srvs/Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
12190859   +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
12190861   +Citibank,    Attn: Citicorp Credit Services,    7920 Nw 110th Street,    Kansas City, MO 64153-1270
12190862   +Direct Merchants Bank,    Attn: HSBC Card Member Services,    Po Box 5246,
             Carol Stream, IL 60197-5246
12190863   +Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5300
12587022    HSBC Bank NA Direct Merchants Credit Card,    Bank NA by eCAST Settlement Corporation,
             as its agent,    POB 35480,   Newark NJ 07193-5480
12190864   +Hfc - Usa/Beneficial,    Attn: Bankruptcy,    961 Weigel Dr,    Elmhurst, IL 60126-1058
12614712    Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
             Newark NJ 07193-5480
12190865   +Hsbc Bank,    12447 Sw 69th Ave,    Tigard, OR 97223-8517
12418569   +IRS Non-Priority,    Attn: Bankruptcy Dept,    P O Box 21126,    Philadelphia PA 19114-0326
12478070    PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
12418570   +Sprint,   c/o Cavalry Portfolio Services,    Bankruptcy Dept,    P O Box 27288,
             Tempe AZ 85285-7288
12418571   +St. James Hospital,    c/o Mutual Hospital Services,    Bankruptcy Dept,
             2525 N. Shadeland Ave., #101,    Indianapolis IN 46219-1794
```

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
12454361*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12587023*     HSBC Bank NA Direct Merchants Credit Card,    Bank NA by eCAST Settlement Corporation,
               as its agent,    POB 35480,   Newark NJ 07193-5480
                                                                                               TOTALS: 0, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 02, 2009**                         **Signature:**    _Joseph Speetjens_